**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marilyn Torres<br>    aka Marilyn Tollefson<br><br>                            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-17312 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Fay Servicing as Servicer for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/Rebecca A. Solarz , Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734