# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 16-17312-JKF

MARILYN TORRES

8841 Duveen Drive

Glenside, PA 19038

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARILYN TORRES

    8841 Duveen Drive

    Glenside, PA 19038

Counsel for debtor(s), by electronic notice only.

    RAYMOND M KEMPINSKI
    COLEMAN & KEMPINSKI
    1700 MARKET ST, SUITE 1005
    PHILADELPHIA, PA 19103-

/S/ William C. Miller

Date: 8/28/2017

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee