**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARILYN TORRES                                    Chapter 13

          Debtor                              Bankruptcy No. 16-17312-mdc

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___15th___ day of ___March___, 201_8_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
COLEMAN & KEMPINSKI
1700 MARKET ST, SUITE 1005
PHILADELPHIA, PA 19103-

Debtor:
MARILYN TORRES

8841 Duveen Drive

Glenside, PA 19038