United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 16-17312-mdc
Marilyn Torres                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett              Page 1 of 1              Date Rcvd: Mar 15, 2018
                              Form ID: pdf900              Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db            +Marilyn Torres,    8841 Duveen Drive,    Glenside, PA 19038-7453
13809033      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
13945425      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13809034      +Pnc Bank,   Attn: Bankruptcy,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13952099      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13812963      +U.S. Bank National Assoc,    c/o Jamie D. Hanawalt,   Adridge Pite LLP,
               4375 Jutland Drive ste 200,   San Diego, CA 92117-3600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:20     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2018 01:32:06
               Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2018 01:32:14    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:28:36    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
13809031      +E-mail/Text: bknotices@conduent.com Mar 16 2018 01:32:29     Acs/sallie Mae,   501 Bleecker St,
               Utica, NY 13501-2401
13814808       E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2018 01:31:55    Ally Bank,   PO Box 130424,
               Roseville MN 55113-0004
13809032       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 16 2018 01:28:21    BMW Financial Services,
               Attn: Bankruptcy Department,   Po Box 3608,   Dublin, OH 43016
13872815      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 01:28:37
               PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank Trust National Association, as Trustee o
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II
               bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ray@colemankempinski.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Marilyn  Torres ray@colemankempinski.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARILYN TORRES | Chapter 13 |
| Debtor | Bankruptcy No. 16-17312-mdc |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __15th__ day of __March__, 201_8_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
COLEMAN & KEMPINSKI
1700 MARKET ST, SUITE 1005
PHILADELPHIA, PA 19103-


Debtor:
MARILYN TORRES

8841 Duveen Drive

Glenside, PA 19038