**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| **MARILYN TORRES** | : | CHAPTER 13 |
| | : | |
| **Debtor.** | : | Case No. 16-17312-(MDC) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MARILYN TORRES.

Respectfully submitted,

Date: April 15, 2018

BY: */s/ Stephen M. Dunne*
Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite. 1200
Philadelphia, PA 19102
(215) 551-7109 Phone
(215) 525-9721 Fax