IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|   MARILYN TORRES | : | |
| | : | |
|   Debtor | : | |
| | : | CASE NO:   16-17312 |
| | : | |
| | : | |
| _____ | : | |

**PRAECIPE TO WITHDRAW DEBTOR'S COUNSEL'S DOCUMENT**

Kindly withdraw Debtor's Counsel's Proof of Claim No. 5, which was filed on April 16, 2018.

Dated: April 25, 2018

                                             Respectfully submitted,

                                             Stephen M. Dunne, Esquire

                                             /s/ Stephen M. Dunne
                                             STEPHEN M. DUNNE
                                             1515 Market Street, Suite 1200
                                             Philadelphia, PA 19102
                                             215-551-7109 (O)
                                             215-525-9721 (F)

                                             Attorney for Debtor