## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **MARILYN TORRES** | : | |
| | : | |
| DEBTOR | : | |
| | : | CASE NO:   16-17312-MDC |
| | : | |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on April 30, 2018, a true and correct copy of the debtor's third amended chapter 13 plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                                Respectfully submitted:

                                                                DUNNE LAW OFFICES. P.C.

Dated: April 30, 2018                            By: /s/ *Stephen M. Dunne*
                                                                 STEPHEN M. DUNNE. ESQUIRE
                                                                   Attorney for Debtor
                                                                   1515 Market Street, Suite 1200
                                                                   Philadelphia, PA 19102
                                                                   (215) 551-7109  Phone
                                                                   (215) 525-9721 Fax