## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
|     MARILYN TORRES : | |
| : | |
| DEBTOR : | |
| : | CASE NO:  16-17312-MDC |
| : | |
| : | |
| : | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on April 30, 2018, a true and correct copy of the debtor's fourth amended chapter 13 plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                  Respectfully submitted:

                                                  DUNNE LAW OFFICES. P.C.

Dated: April 30, 2018                      By: /s/ *Stephen M. Dunne*
                                                  STEPHEN M. DUNNE. ESQUIRE
                                                  Attorney for Debtor
                                                  1515 Market Street, Suite 1200
                                                  Philadelphia, PA 19102
                                                  (215) 551-7109  Phone
                                                  (215) 525-9721 Fax