# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Re:  Marilyn Torres | Chapter:  13 |
| Debtor | Case No.:  16-17312 |

## WITHDRAWAL OF CLAIM DOCUMENT FILED IN ERROR

Ally Bank hereby requests the Court withdraw and/or strike Claim Document No. 1 entitled "Proof of Claim" that was filed erroneously by Ally Bank on October 27, 2016 in the above captioned matter.

Date:  April 30, 2018         Signed:  /s/  Heather Lockman
                                              Bankruptcy Coordinator
                                              Ally Bank
                                              PO Box 130424
                                              Roseville, MN 55113-0004
                                              800-495-1578
                                              Fax:  651-367-2005

**United States Bankruptcy Court
for the Eastern District of Pennsylvania**

In Re: Marilyn Torres
Case No.: 16-17312 – Chapter: 13
Vehicle: 0 HONDA ACCORD VIN: 1HGCR2F87DA115188

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am over the age of 18 years and not party to this action. My business address is PO Box 130424, Roseville, MN 55113.

I am readily familiar with the business practices of my employer for the collection and processing of documents and correspondence for mailing with the United States Postal Service and those correspondence and documents are deposited with the United States Postal Service that same day, or within one business day, in the ordinary course of business.

On April 30, 2018, I served the following document:

- Withdrawal of Claim Document Filed in Error

in the method or methods described below and if served via U.S. Mail, by placing copies of said documents in sealed envelopes and addressed as follows:

I then placed said envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the parties so designated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2018, at Shoreview, Minnesota.

      Signed: /s/ Heather Lockman
              Bankruptcy Coordinator
              Ally Bank
              PO Box 130424
              Roseville, MN 55113
              800-495-1578
              Fax: 651-367-2005