UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :     Chapter 13
    MARILYN TORRES           :
        Debtor                   :     Bankruptcy No. 16-17312 MDC

## ORDER

Upon consideration of Debtor's Counsel's motion to vacate the order dismissing this case and reinstating the bankruptcy case, it is hereby

ORDERED that the Order Granting Trustee's Motion to Dismiss Case for Failure to File Documents entered on March 15, 2018 is VACATED and Debtor's case is reinstated.

Dated: April 27, 2018

Magdeline D. C___
United States Bankruptcy Judge

**William C. Miller**
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Reading, PA 19106

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**Raymond Kempinski**
1700 Market Street, Suite 1005
Philadelphia, PA 19103