## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
**Marilyn Torres**            :
                                           : BANKRUPTCY NO. **16-17312-mdc**
                    Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on July 12, 2018 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                                Respectfully submitted,

Date: May 24, 2018                              /s/Jacqueline M. Chandler, Esquire for
                                                                William C. Miller, Esquire
                                                                Chapter 13 Standing Trustee
                                                                P.O. Box 1299
                                                                Philadelphia, PA  19105