United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17312-mdc
Marilyn Torres                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW            Page 1 of 1            Date Rcvd: May 25, 2018
                             Form ID: 152              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db         +Marilyn Torres,    8841 Duveen Drive,    Glenside, PA 19038-7453
13809033   +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
14091395   +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Philadelphia, PA 19102-1932
13945425   +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13809034   +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13952099   +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13812963   +U.S. Bank National Assoc,    c/o Jamie D. Hanawalt,    Adridge Pite LLP,
             4375 Jutland Drive ste 200,    San Diego, CA 92117-3600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov May 26 2018 01:55:36      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2018 01:54:53
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2018 01:55:25      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13809031   +E-mail/Text: bknotices@conduent.com May 26 2018 01:56:06      Acs/sallie Mae,    501 Bleecker St,
             Utica, NY 13501-2401
13814808    E-mail/Text: ally@ebn.phinsolutions.com May 26 2018 01:54:34      Ally Bank,    PO Box 130424,
             Roseville MN 55113-0004
13809032    E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 26 2018 01:52:20      BMW Financial Services,
             Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
13872815   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 01:52:06
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14091576*   +DUNNE LAW OFFICES, P.C.,    1515 MARKET STREET, SUITE 1200,    PHILADELPHIA, PA 19102-1932
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
```
          MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II
           bkgroup@kmllawgroup.com
          RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ray@colemankempinski.com,
           ecfmail@mwc-law.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn  Torres bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn  Torres bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marilyn Torres
    Debtor(s)

Case No: 16–17312–mdc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 7/12/18 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

68 – 59
Form 152