IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|    MARILYN TORRES | : | |
| | : | |
|    Debtor | : | |
| | : | CASE NO:  16-17312-MDC |
| | : | |
| | : | |
| _____ | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 3
WHICH WAS FILED BY DEBTOR'S COUNSEL**

Kindly withdraw Debtor's Counsel's Proof of Claim No. 3, which was filed on behalf of Chase Manhattan Mortgage on August 23, 2017 (Claim 3-1).

Dated:  July 11, 2018

                                            Respectfully submitted,

                                            Stephen M. Dunne, Esquire

                                            /s/ Stephen M. Dunne
                                            STEPHEN M. DUNNE
                                            1515 Market Street, Suite 1200
                                            Philadelphia, PA 19102
                                            215-551-7109 (O)
                                            215-525-9721 (F)

                                            Attorney for Debtor