# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
|     MARILYN TORRES : | |
|               : | |
|     DEBTOR : | |
|               : | CASE NO:    16-17312-MDC |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on July 13, 2018, a true and correct copy of the debtor's fifth amended chapter 13 plan was served upon all secured and priority creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                                      Respectfully submitted:

                                                                        DUNNE LAW OFFICES. P.C.

Dated: July 13, 2018                                     By: /s/ *Stephen M. Dunne*
                                                                          STEPHEN M. DUNNE. ESQUIRE
                                                                           Attorney for Debtor
                                                                           1515 Market Street, Suite 1200
                                                                           Philadelphia, PA 19102
                                                                           (215) 551-7109  Phone
                                                                           (215) 525-9721 Fax