# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Marilyn Torres | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-17312 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Chase Manhattan Mortgage;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $269104.07 (Amount of Claim has been filed in your name by Stephen Matthew Dunne (debtors attorney)Filer of Claim on 07/13/2018

Dated: 07/17/2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Donna Rockeymore
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)