United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marilyn Torres  
       Debtor  

Case No. 16-17312-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 17, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.  
13809033       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:  
         MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II  
          bkgroup@kmllawgroup.com  
         RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn   Torres ecfmail@mwc-law.com,  
          ecfmail@ecf.courtdrive.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
          National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn   Torres bestcasestephen@gmail.com,  
          dunnesr74587@notify.bestcase.com  
         STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn   Torres bestcasestephen@gmail.com,  
          dunnesr74587@notify.bestcase.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                     TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Marilyn Torres | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-17312 |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor  Chase Manhattan Mortgage;

NOTICE is hereby given that:

Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are hereby notified that a proof of claim in the amount of $269104.07 (Amount of Claim has been filed in your name by Stephen Matthew Dunne (debtors attorney)Filer of Claim on 07/13/2018

Dated: 07/17/2018

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Donna Rockeymore
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)