# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marilyn Torres aka Marilyn Tollefson<br>                    Debtor | CHAPTER 13 |
| PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee<br>                    Movant<br>        vs. | NO. 16-17312 JKF |
| Marilyn Torres aka Marilyn Tollefson<br>                    Respondent | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 15, 2017 (Document No. 28).

                                            Respectfully submitted,

                                            */s/ Kevin G. McDonald, Esquire*
                                            Kevin G. McDonald, Esquire
                                            Attorney for Movant
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322

July 25, 2018