**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MARILYN TORRES | : | |
| DEBTOR | : | CASE NO:   16-17312-MDC |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 7th day of August 2018, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,000.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19107

Marilyn Torres
8841 Duveen Drive
Wyndmoor, PA 19038