United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17312-mdc
Marilyn Torres                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 1            Date Rcvd: Aug 08, 2018
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.
db             +Marilyn Torres,    8841 Duveen Drive,    Glenside, PA 19038-7453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
       National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II
       bkgroup@kmllawgroup.com
      RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
       National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn  Torres bestcasestephen@gmail.com,
       dunnesr74587@notify.bestcase.com
      STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn  Torres bestcasestephen@gmail.com,
       dunnesr74587@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                     TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MARILYN TORRES | : | |
| DEBTOR | : | CASE NO:   16-17312-MDC |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 7th day of August 2018, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$2,000.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

**BY THE COURT**

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      William C. Miller, Esq.
      Chapter 13 Trustee
      PO Box 40119
      Philadelphia, PA 19107

      Marilyn Torres
      8841 Duveen Drive
      Wyndmoor, PA 19038