UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                     : Chapter 13
                                                          : Bankruptcy No. 16-17312-mdc
                                                          :
Marilyn Torres                                            :
                                                          :
            Debtor                                        :

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this __14th__ day of __August__, 2018, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 14-18310 MDC on June 3, 2015, which was during the 2-year period preceding the date of the filing under the instant Chapter 13 case filed on October 17, 2016, the court shall not grant a discharge in the instant case.

Date: 7.20.18

_____          _____
Marilyn Torres                             STEPHEN MATTHEW DUNNE, Esquire
Debtor                                     Attorney for Debtor

_____  7/23/18
Jacqueline M. Chandler, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

                                          BY THE COURT

                                          _____
                                          HONORABLE MAGDELINE D. COLEMAN
                                          BANKRUTPCY JUDGE

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Marilyn Torres
8841 Duveen Drive
Glenside, PA 19038

1