United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marilyn Torres  
      Debtor

Case No. 16-17312-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 15, 2018  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db         +Marilyn Torres,   8841 Duveen Drive,   Glenside, PA 19038-7453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:

        KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II bkgroup@kmllawgroup.com  
        RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn   Torres ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
        STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn   Torres bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
        STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn   Torres bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                          TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                               : Chapter 13
                                                                    : Bankruptcy No. 16-17312-mdc
                                                                    :
      Marilyn Torres                                       :
                                                                    :
            Debtor                                   :

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this __14th__ day of __August__, 2018, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 14-18310 MDC on June 3, 2015, which was during the 2-year period preceding the date of the filing under the instant Chapter 13 case filed on October 17, 2016, the court shall not grant a discharge in the instant case.

Date: 7.20.18

_____
Marilyn Torres
Debtor

_____
STEPHEN MATTHEW DUNNE, Esquire
Attorney for Debtor

_____
Jacqueline M. Chandler, Esquire
for William C. Miller, Esquire      7/23/18
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Marilyn Torres
8841 Duveen Drive
Glenside, PA 19038

1