**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Marilyn Torres | : | Chapter 13 |
| | Debtor. | : | Bky. No. 16-17312 (MDC) |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Debtor's Objection to Proof of Claim No. 2, along with the Notice of Debtor's Objection to Proof of Claim No. 1 by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

**Date Served:  November 6, 2018**

**Persons Served:**

Attn: Michelle Presley, POC Specialist
PNC Bank National Association
PO Box 94982
Cleveland, OH 44101


Attn; William S. Demchak, CEO
PNC Bank National Association
The Tower at PNC Plaza
Pittsburgh, PA 15222


    /s/  Stephen M. Dunne
_____
STEPHEN M. DUNNE
Attorney for Debtor
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)