## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Marilyn Torres, | : | |
| Debtor. | : | Bankruptcy No. 16-17312-MDC |

# **O R D E R**

**AND NOW**, on November 6, 2018, Stephen M. Dunne (the "Applicant") filed with the Court a Supplemental Application for Compensation (the "Supplemental Application")[1] seeking approval of $487.50 in supplemental compensation for representation of Marilyn Torres (the "Debtor") in the above-captioned case.

**AND**, on July 26, 2018, the Court entered the Order Confirming Plan Under Chapter 13 (the "Confirmation Order"),[2] pursuant to which the Court confirmed the Debtor's fifth amended Chapter 13 plan (the "Plan").[3]

**AND**, the Plan provides that the Debtor will pay Applicant $2,000 for counsel fees. Plan at §3(a).

**AND**, on August 7, 2018, the Court entered the Order Approving Counsel Fee[4] pursuant to which the Court approved and ordered disbursement of compensation to the Applicant in the amount of $2,000.00.

**AND**, the Debtor has not moved to amend the Plan to provide for supplemental compensation to be paid to the Applicant in addition to the amount provided for under the Plan.

---

[1] Bankr. Docket No. 91.

[2] Bankr. Docket No. 81.

[3] Bankr. Docket No. 72.

[4] Bankr. Docket No. 83.

It is hereby **ORDERED** and **DETERMINED** that:

1.  The Supplemental Application is **DENIED** without prejudice to the Applicant's right to file a further application in the event the Plan is amended to provide for the payment of additional compensation.

Dated: December 5, 2018

_____
THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107