United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17312-mdc
Marilyn Torres                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Dec 06, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db             +Marilyn Torres,    8841 Duveen Drive,    Glenside, PA 19038-7453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II
               bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn  Torres bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn  Torres bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        : Chapter 13
    Marilyn Torres,                      :
        Debtor.                          : Bankruptcy No. 16-17312-MDC

# O R D E R

**AND NOW**, on November 6, 2018, Stephen M. Dunne (the "Applicant") filed with the Court a Supplemental Application for Compensation (the "Supplemental Application")[1] seeking approval of $487.50 in supplemental compensation for representation of Marilyn Torres (the "Debtor") in the above-captioned case.

**AND**, on July 26, 2018, the Court entered the Order Confirming Plan Under Chapter 13 (the "Confirmation Order"),[2] pursuant to which the Court confirmed the Debtor's fifth amended Chapter 13 plan (the "Plan").[3]

**AND**, the Plan provides that the Debtor will pay Applicant $2,000 for counsel fees. Plan at §3(a).

**AND**, on August 7, 2018, the Court entered the Order Approving Counsel Fee[4] pursuant to which the Court approved and ordered disbursement of compensation to the Applicant in the amount of $2,000.00.

**AND**, the Debtor has not moved to amend the Plan to provide for supplemental compensation to be paid to the Applicant in addition to the amount provided for under the Plan.

---

[1] Bankr. Docket No. 91.

[2] Bankr. Docket No. 81.

[3] Bankr. Docket No. 72.

[4] Bankr. Docket No. 83.

It is hereby **ORDERED** and **DETERMINED** that:

1.    The Supplemental Application is **DENIED** without prejudice to the Applicant's right to file a further application in the event the Plan is amended to provide for the payment of additional compensation.

Dated: December 5, 2018

*[signature: Magdeline D. Coleman]*

THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107