IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>   MARILYN TORRES | : | CHAPTER 13 |
|    Debtor | : | CASE NO:    16-17312 |

**PRAECIPE TO WITHDRAW DEBTOR'S COUNSEL'S DOCUMENT**

Kindly withdraw Debtor's Counsel's Objection to PNC Bank (ECF # 89).

Dated: December 18, 2018

Respectfully submitted,

Stephen M. Dunne, Esquire

/s/ Stephen M. Dunne
STEPHEN M. DUNNE
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)
215-525-9721 (F)

Attorney for Debtor