UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bky. No. 16-17312 |
| Marilyn Torres aka Marilyn Tollefson | | |
| Debtor | : | |
| | : | |

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge** pursuant to 11 U.S.C. §1328(f)(1).

FOR THE COURT

Date:  March 7, 2019

_____
Magdeline D. Coleman
UNITED STATES BANKRUPTCY COURT