United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17312-mdc
Marilyn Torres                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Mar 08, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db             +Marilyn Torres,    8841 Duveen Drive,    Glenside, PA 19038-7453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II bkgroup@kmllawgroup.com
      RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn  Torres bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
      STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn  Torres bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :     Chapter 13

                                                 :     Bky. No. 16-17312

Marilyn Torres
aka
Marilyn Tollefson
                Debtor                           :

                                                 :

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge** pursuant to 11 U.S.C. §1328(f)(1).

FOR THE COURT

Date:  March 7, 2019

_____
Magdeline D. Coleman
UNITED STATES BANKRUPTCY COURT