# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

    Marilyn Torres
    aka
    Marilyn Tolefson      Bky. No. 16-17312

:

    Debtor

:

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: 03/11/2019

    FOR THE COURT

    TIMOTHY B. McGRATH
    Clerk of Court