United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17312-mdc
Marilyn Torres                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2          Date Rcvd: Mar 11, 2019
                              Form ID: pdf900           Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             +Marilyn Torres,    8841 Duveen Drive,    Glenside, PA 19038-7453
13809031       +Acs/sallie Mae,    501 Bleecker St,    Utica, NY 13501-2401
13809033       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
14091395       +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Philadelphia, PA 19102-1932
13945425       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13809034       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13952099       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13812963       +U.S. Bank National Assoc,    c/o Jamie D. Hanawalt,    Adridge Pite LLP,
                 4375 Jutland Drive ste 200,    San Diego, CA 92117-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:52      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:51:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2019 02:51:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: ally@ebn.phinsolutions.com Mar 12 2019 02:51:20      Ally Bank,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN  55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 02:52:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13814808        E-mail/Text: ally@ebn.phinsolutions.com Mar 12 2019 02:51:20      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
13809032        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 12 2019 02:52:41      BMW Financial Services,
                 Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
13872815       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 02:53:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank Trust National Association, as Trustee o
14091576*       +DUNNE LAW OFFICES, P.C.,   1515 MARKET STREET, SUITE 1200,    PHILADELPHIA, PA 19102-1932
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II
               bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Plaintiff Marilyn  Torres ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Marilyn  Torres bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Marilyn  Torres bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2             Date Rcvd: Mar 11, 2019
                              Form ID: pdf900           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :          Chapter 13

    Marilyn Torres
     aka
    Marilyn Tolefson                                  Bky. No. 16-17312

                                               :
    Debtor
                                               :

### NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: 03/11/2019

                                                     FOR THE COURT

                                                     TIMOTHY B. McGRATH
                                                     Clerk of Court